IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

2007 MAY 17 A 10: 25

GEORGE REEVES                    )
                                 )
                                 )
          Plaintiff(s),          )    CIVIL ACTION NO. 2:07CV439-WHA
                                 )
     v.                          )
S & C MATERIALS & PAVING CO.     )
                                 )
                                 )
          Defendant(s).          )

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 629 County Road 5520, Troy, AL 36081

2. Name and address of defendant(s): S & C MATERIALS PAVING, CO.
   Hwy 231 South
   Troy, AL 36079

3. Place of alleged violation of civil rights: S & C Materials Paving, Co., Troy, Alabama

4. Date of alleged violation of civil rights: February 2006

5. State the facts on which you base your allegation that your constitutional rights have been violated: I have worked for S & C Materials Paving, Co. for 26 years. In February 2006 I protested to management that I was being paid less than white workers who had less time than me and who were doing the same job. Not long after complaining about being paid unequally, I was terminated.

1

6.  Relief requested: I would like my job back and I would like to be compensated for the pay I missed from February 2006 to the present. I would also like to be compensated for my pain and suffering. I would also like S & C to be made to be responsible for how they treated me.

Date: May 16, 2007

*George Reeves*
Plaintiff(s) Signature

George Reeves
629 County Rd
Troy Al 36081

334) 735-3664
334) 672-6409

2