IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv439-WHA |
| ) | |
| S & C MATERIALS & PAVING CO., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is hereby referred to Magistrate Judge Susan Russ Walker for action or recommendation on all pretrial matters.

DONE this 18th day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE