IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv439-WHA |
| | ) |
| S & C MATERIALS PAVING CO., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the plaintiff's motion for leave to proceed *in forma pauperis*, filed May 17, 2007.

The court wishes the plaintiff to fully understand the limited nature of being allowed to proceed *in forma pauperis* which only permits the plaintiff to commence this suit without <u>prepayment</u> of fees and court costs.  The plaintiff should understand he may incur expenses as a result of the prosecution of this case.  In the event of a trial, the plaintiff may compel the attendance of witnesses through subpoena only by tendering to each witness payment of a one-day witness fee plus mileage.  Also, court costs, which vary, but which can be very substantial, are normally assessed against the losing party.  This means that a plaintiff who loses a case, even though proceeding *in forma pauperis*, may be charged with, and obligated to pay, all court costs.

Now, having advised the plaintiff of the possible expense of litigation, the court ORDERS that the motion for leave to proceed *in forma pauperis* be and is hereby GRANTED.

DONE, this 1st day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE