◥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

    Middle    District of    Alabama

George Reeves

V.

S & C Materials & Paving Co.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:07-cv-00439-WHA

TO: (Name and address of Defendant)

S & C Materials & Paving Co.
629 County Road 5520
Troy, AL 36081

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George Reeves
629 County Road 5520
Troy, AL 36081
US
334-735-3664
PRO SE

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett,* Clerk

[signature] Deputy Clerk

6/1/07

AO 440 (Rev. 8/01) Summons in a Civil Action

| CLERK | DATE |
|---|---|
| | |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                  Date                          *Signature of Server*

_____
*Address of Server*