**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **GEORGE REEVES**     ) | |
| )  | |
| **Plaintiff**     ) | |
| )  | **CIVIL ACTION NO.:** |
| **v.**     ) | |
| )  | **2:07-CV-439-WHA** |
| **S & C MATERIALS AND PAVING**     ) | |
| **COMPANY, INC.**     ) | |
| )  | |
| )  | |
| **Defendant.**     ) | |

**NOTICE OF APPEARANCE**

Comes Now, Roderick T. Cooks and the law firm Winston Cooks, LLC and enters a Notice of Appearance on behalf of the Plaintiff, George Reeves, in the above styled case.

    Respectfully Submitted,

    /s/Roderick T. Cooks
    Roderick T. Cooks
    Attorney for Plaintiff

**OF COUNSEL:**
WINSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel: (205)502-0970
Fax: (205)251-0231
email: rcooks@winstoncooks.com