## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **GEORGE REEVES** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **CIVIL ACTION NO.:** |
| **v.** ) | |
| ) | **2:07-CV-439-WHA** |
| **S & C MATERIALS AND PAVING** ) | |
| **COMPANY, INC.** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

COMES NOW, the Plaintiff, George Reeves ("Reeves" or "Plaintiff"), by and through his undersigned attorney of record and files Plaintiff's Motion to Amend Complaint. As support for this motion, Reeves would state the following:

1. On May 27, 2007, Reeves filed a lawsuit, *pro se,* against S & C Materials Paving Co. alleging race discrimination in employment and retaliation.

2. The undersigned has now undertaken representation of Reeves and would now respectfully request that he be allowed to amend Reeves's Complaint to more clearly set out his claims. A copy of the Amended Complaint is being filed contemporaneously with this motion.

Respectfully Submitted,

/s/Roderick T. Cooks
Roderick T. Cooks
Attorney for Plaintiff

**OF COUNSEL:**
WINSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel: (205)502-0970
Fax: (205)251-0231
email: rcooks@winstoncooks.com