IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv439-WHA |
| ) | |
| S&C MATERIALS AND PAVING ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case was filed by the Plaintiff *pro se*, and the court referred the case to a magistrate judge for handling. An appearance has now been filed on behalf of the Plaintiff by Roderick T. Cooks, Esquire, and the case is pending on Plaintiff's Motion to Amend Complaint (Doc. #7). The Plaintiff now being represented by an attorney, it is hereby ORDERED as follows:

1. The court's order (Doc. #3), referring this case to Magistrate Judge Susan Russ Walker for action or recommendation on all pretrial matters is VACATED and SET ASIDE.

2. Plaintiff's Motion to Amend Complaint is GRANTED, and Plaintiff is DIRECTED to perfect service of the Amended Complaint on the Defendant.

DONE this 5th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE