IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GEORGE REEVES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) |
| **S&C MATERIALS AND PAVING COMPANY, INC.,** | ) 2:07-CV-439-WHA |
| | ) |
| | ) |
| Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW** S&C Materials and Paving, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Relationship to Party |
|---|---|
| Stinson, LLC | Subsidiary |

Respectfully submitted this the 13th day of August, 2007.

                                              s/Chad W. Bryan
                                              **BRUCE J. DOWNEY, III (DOW006)**
                                                  ASB-9205-W86B
                                              **CHAD W. BRYAN (BRY032)**
                                                  ASB-7754-H71B

                                              *ATTORNEYS FOR DEFENDANT*
                                              *S&C MATERIALS AND PAVING, INC.*

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone:   (334) 241-8000
Facsimile:   (334) 323-8888

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 13th day of August, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Roderick T. Cooks, Esq.
WINSTON COOKS, LLC
319-17[TH] Street North
Birmingham, Alabama 35203

s/Chad W. Bryan
**OF COUNSEL**