IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| S&C MATERIALS AND PAVING COMPANY, INC., | ) | 2:07-CV-439-WHA |
| | ) | |
| Defendant. | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on September 4, 2007, and was attended by:

Roderick T. Cooks for Plaintiff George Reeves; and

Chad W. Bryan for Defendant S&C Materials and Paving Co., Inc.

1. **Pre-Discovery Disclosures**.

The parties will exchange by October 31, 2007 the information required by Fed. R. Civ. P. 26(a)(1).

2. **Synopsis of the Case**: This is a race discrimination and retaliation case stemming from Plaintiff's termination of employment with Defendant. Plaintiff claims that in late 2005/early 2006 he complained to Defendant about racially different treatment from similarly situated white employees. Plaintiff further claims that he had made similar complaints to Defendant for several years. Plaintiff's employment was terminated in February 2006. Defendant denies all of Plaintiff's allegations and contends that Plaintiff neither complained about any discrimination nor was

1

terminated as a result thereof. Defendant contends that Plaintiff's employment was terminated for job abandonment.

3.  **Discovery Plan.**

**Plaintiff's position**: Plaintiff needs discovery on the Plaintiff's claims, damages and Defendant's defenses.

**Defendant's position**: Defendant needs discovery on the Plaintiff's claims, damages and facts in support of Defendant's defenses.

The parties jointly propose to the court the following discovery plan:

All discovery commenced in time to be completed by May 31, 2008.

**Interrogatories**:

Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

**Requests for Admission**:

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

**Requests for Production of Documents**:

Maximum of 30 requests for production by each party. Responses due 30 days after service.

**Depositions**:

Maximum of 5 depositions by Plaintiff and 5 depositions by Defendant.

Each deposition is limited a maximum of 7 hours unless extended by agreement of parties.

**Reports of retained experts under Rule 26(a)(2) due:**

    From Plaintiff:    February 1, 2008

    From Defendant:    March 1, 2008

Supplementations under Rule 26(e) due no later than 30 days before discovery concludes.

4.    **Other Items**.

**Settlement**:

Settlement possibilities are unknown at this time inasmuch as discovery in this matter has not yet begun.

**Conferences**:

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in July, 2008.

**Join Additional Parties and Amendments**:

Plaintiff should be allowed until December 1, 2007 to join additional parties and to amend the pleadings.

Defendant should be allowed until December 31, 2007 to join additional parties and to amend the pleadings.

**Dispositive Motions**:

All potentially dispositive motions should be filed by April 15, 2008.

**Final Lists of witnesses and exhibits**:

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    From Plaintiff:    30 days prior to trial.

    From Defendant:    30 days prior to trial.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

**Trial**:

The case should be ready for trial by August 11, 2008, and at this time is expected to take approximately 2-3 days.

Dated: September 4, 2007

                                                s/Roderick T. Cooks
                                                Roderick T. Cooks, Esq.
                                                Attorney for the Plaintiff

OF COUNSEL:
WINSTON COOKS, LLC
319-17TH Street North
Birmingham, Alabama 35203
Telephone: (205) 502-0970
Facsimile: (205) 251-0231

                                                s/Chad. W. Bryan
                                                Bruce J. Downey, III
                                                Chad W. Bryan
                                                Attorneys for the Defendant

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888