IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE REEVES,

    Plaintiff,

v.                                  CASE NO. 2:07-CV-439-WHA

S & C MATERIALS AND PAVING COMPANY, INC.

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW GEORGE REEVES, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/7/2007
Date

Roderick T. Cooks
(Signature)

Roderick T. Cooks
(Counsel's Name)

George Reeves
Counsel for (print names of all parties)

Winston Cooks, LLC
319-17th Street North
Address, City, State Zip Code
Birmingham, AL 35203 (205) 502-0970
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, Roderick T. Cooks, do hereby Certify that a true and correct copy of the foregoing has been furnished by notification via the CM/ECF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 7th day of December 2007, to:

Chad W. Bryan, Esq.

CAPELL & HOWARD, P.C.

150 South Perry Street

Post Office Box 2069

Montgomery, AL 36102-2069

(334) 241-8000

12/7/2007
Date

s/Roderick T. Cooks
Signature