IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GEORGE REEVES**     ) | |
| ) | |
|    **Plaintiff**     ) | |
| ) | **CIVIL ACTION NO.:** |
| **v.**     ) | |
| ) | **2:07-CV-439-WHA** |
| **S & C MATERIALS AND PAVING**     ) | |
| **COMPANY, INC.**     ) | |
| ) | |
| ) | |
|    **Defendant.**     ) | |

## NOTICE OF SETTLEMENT

Comes Now, the Plaintiff, by and through his undersigned counsel of record and files this notice of settlement. The Plaintiff would state unto the Court as follows:

1.   On July 2, 2008, this Court issued an Order dismissing the instant action for want of prosecution and failure to obey the orders of the Court.

2.   The Parties reached a settlement agreement in the instant matter on March 14, 2008. The Plaintiff, however, did not receive the settlement proceeds until June 11, 2008. On that same day the Plaintiff's attorney gave the Defendant's attorney permission to sign his name to a Stipulation of Dismissal disposing of this case. (Ex. 1, Email of June 11, 2008). Defendant's attorney stated that he would take care of this perfunctory matter. (Ex. 1, Email of June 11, 2008).

3.   While Plaintiff's attorney should have monitored this situation to its completion and did not, it was not his intent to show any disrespect to this Court. Plaintiff's attorney called this Court on today and informed it that a settlement had been reached. Plaintiff's attorney has practiced before this Court on multiple occasions, has the utmost respect for it and its orders, and would never intentionally disobey an order from it or any court.

Respectfully submitted,

                                                s/Roderick T. Cooks
                                                Counsel for the Plaintiff

**OF COUNSEL:**
WINSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel:  (205)502-0970
Fax: (205)251-0231
email: rcooks@winstoncooks.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day served a copy of the foregoing instrument via electronic and/or United States mail, properly addressed and postage prepaid to the following:

Bruce J. Downey, III, Esq.
Chad W. Bryan, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069

     Done this 2nd day of July 2008.

                                                  /s/Roderick T. Cooks
                                                OF COUNSEL

# Exhibit 1

# Roderick T. Cooks

| | |
|---|---|
| **From:** | Chad Bryan [CWB@CHLAW.COM] |
| **Sent:** | Wednesday, June 11, 2008 6:30 PM |
| **To:** | Roderick T. Cooks |
| **Subject:** | RE: Chad thanks for getting us the settlement proceeds you have my permission to sign my name to a stipulation of dismissal |

Will do.

---

**From:** Roderick T. Cooks [mailto:rcooks@winstoncooks.com]
**Sent:** Wednesday, June 11, 2008 3:43 PM
**To:** Chad Bryan
**Subject:** Chad thanks for getting us the settlement proceeds you have my permission to sign my name to a stipulation of dismissal


Roderick T. Cooks, Esq.
Winston Cooks, LLC
The Penick Building
319 - 17th Street North, Suite 200
Birmingham AL 35203
Contact:  (205) 502-0970
Cellular:  (205) 616-3349
Fax:       (205) 251-0231
Email:     rcooks@winstoncooks.com


This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. This email and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential information intended only for the person or persons to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately and destroy all copies of the original message.


No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.2.0/1497 - Release Date: 6/11/2008 8:32 AM


No virus found in this incoming message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 270.2.0/1497 - Release Date: 6/11/2008 8:32 AM