**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **GEGEORGE REEVES** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **CIVIL ACTION NO.:** |
| **v.** ) | |
| ) | **2:07-CV-439-WHA** |
| **S & C MATERIALS AND PAVING** ) | |
| **COMPANY, INC.** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

**MOTION TO ALTER OR AMEND**

COMES NOW the Plaintiff in the above-styled action, by and through his undersigned counsel of record, and hereby moves this honorable Court to amend its Order entered on July 2, 2008. Specifically, Plaintiff requests that this Court remove from the Order its pronouncement that the case was dismissed for want of prosecution and failure to obey the orders of the Court and, instead, indicate that the case was dismissed due to the parties having reached a settlement and having so stipulated. As grounds for this motion, Plaintiff avers as follows:

1. The parties entered into an agreement to settle this case on or about March 14, 2008. The Plaintiff executed and returned the settlement document on or about April 14, 2008. After repeated inquiry and forebearance by the Plaintiff, the settlement proceeds were received by him on or about June 11, 2008.

2. On July 2, 2008, Plaintiff received this Court's order dismissing the case for lack of prosecution and disobeying the Court's orders. Respectfully, this was not Plaintiff's counsel's intent as he advised and specifically gave the Defendant permission to sign his name to a Stipulation of Dismissal in this case and trusted that the Defendant would file the same and accomplish dismissal

of the case.  Moreover, the Defendant indicated that it would do so.

3. Plaintiff's counsel contacted the Court on today and advised that the case had indeed been settled and filed a notice to that effect.  Plaintiff's counsel also apologized to the Court for this oversight.  (See Ex. 1, Doc.#23).

Wherefore, plaintiff respectfully requests that this Court enter a new Order of Dismissal dismissing the case based on the stipulation of the parties, rather than on any alleged lack of prosecution or disobedience of the plaintiff, as the same was not intentional, but an oversight.

    Respectfully submitted,

    /s/Roderick T. Cooks
    Roderick T. Cooks
    Attorney for Plaintiff

**OF COUNSEL:**
WINSTON COOKS, LLC
The Penick Building
319-17th Street North
Birmingham, AL 35203
Tel:  (205)502-0970
Fax: (205)251-0231
email: rcooks@winstoncooks.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing instrument via electronic and/or United States mail, properly addressed and postage prepaid to the following:

Chad W. Bryan, Esq.
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069

Done this 2nd day of July 2008.

    /s/Roderick T. Cooks
    OF COUNSEL